

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00366-CV

———————————————

IN RE MAIRENI PEGUERO, Relator

———————————————

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-362898-25

———————————————

Before Bassel, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

Per Curiam

Delivered: July 24, 2025